**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 384 EAL 2023

            Respondent                  :

                                :    Petition for Allowance of Appeal
                                :    from the Order of the Superior Court

            v.                        :

                                :

RYAN DENNIS,                        :

            Petitioner                    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.